**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 178 MAL 2014
                                           :
              Respondent      :
                                           :  Petition for Allowance of Appeal from the
                                         :  Order of the Superior Court
             v.               :
                                           :
                                         :
JASON PIASECKI,                  :
                                           :
             Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.